# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 2:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RORY ALLEN GREGORY, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | |
| T.C. OUTLAW, | CASE NO: 04-2848 Ml/P |
| Respondent. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Petition Pursuant to 28 U.S.C. § 2241, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered August 29, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug. 29, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) /s/ Judy Easley
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02848 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Rory Allen Gregory
36628-079
1101 John A. Denie Rd
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT